Submitted on record and briefs June 1, reversed July 11, 2007

In the Matter of D. R. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

D. R. B.,
*Appellant.*

Multnomah County Circuit Court
060767596; A133129

162 P3d 381

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the trial court erred in finding that, because of a mental disorder, he is either dangerous to himself or presently unable to provide for his own basic needs. ORS 426.005(1)(d). He contends that the evidence is legally insufficient to support the court's order of commitment. The state concedes the point. On *de novo* review, we agree and accept the concession.

Reversed.